**The Beardstown State Bank, appellee, v. Fred Shaw et al., appellants.**

Bill in aid of an execution, and to set aside deed of conveyance as

fraudulent as to creditors. Decree for complainant. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed April 23, 1923.

William Mumford and Barry Mumford, for appellants. Thomas D. Masters and Walter T. Day, for appellee; A. Clay Williams, of counsel.

Mr. Presiding Justice Niehaus delivered the opinion of the court.